| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor<br><br>Kevin Buttery, Esq. (KB-3800) | CASE NO.: 17-30299-SLM<br><br>CHAPTER 13<br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Louise A. Gaita,**<br><br>    **Debtor.** | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

OCWEN LOAN SERVICING, LLC ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 14), and states as follows:

1. Debtor, Louise A. Gaita, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 5, 2017.

2. Secured Creditor holds a security interest in the Debtor's real property located at 10 Mountain Ave., Woodland Park, NJ 07424, by virtue of a Mortgage recorded on July 30, 1998 in Book 190, at Page 205 of the Public Records of Passiac County, NJ. Said Mortgage secures a Note in the amount of $223,500.00.

3. The Debtor filed a Chapter 13 Plan on October 19, 2017.

4. Debtor's Plan fails to mention the total amount of arrears owed. The loan has matured and should be paid off during the pendency of the Plan pursuant to §1322(B)(5). Upon information and belief, the secured claim held by the first mortgage has an anticipated payoff of $240,042.72. Therefore, the Plan cannot be confirmed.

5. The loan securing the above referenced collateral matured on July 30, 2013. Secured Creditor objects to any plan which proposes to pay it anything less than $834,457.77 as the total payoff over the life of the Plan pursuant 11 U.S.C. 1322 (C)(2).

6. Pursuant to the loan documents, the regular monthly mortgage payment due is $2,663.02, not $2,000.00, as indicated in the Plan. Further, the monthly payment may be subject to

periodic adjustments for escrow and/or variable interest rates, thus requiring amendment during the pendency of the Plan.  Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. § 1325(a)(5) and cannot be confirmed.  Secured Creditor objects to the Plan and to any plan which does not appropriately provide for the correct regular monthly mortgage payment.

7. Debtor is obligated to fund a Plan which is feasible to cure the arrears due to the objecting creditor within a reasonable time pursuant to 11 U.S.C § 1322(b)(5). Therefore, in the event that any loss mitigation efforts are not successful, the plan fails to satisfy the confirmation requirements of 11 U.S.C § 1325(a)(1).

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz & Schneid, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone Number 561-241-6901

By: /s/Kevin Buttery
Kevin Buttery, Esquire
NJ Bar Number  KB-3800
Email: kbuttery@rascrane.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, P.L.**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor<br><br>Kevin Buttery, Esq. (KB-3800) | CASE NO.: 17-30299-SLM<br><br>CHAPTER 13<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Louise A. Gaita,**<br><br>     **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Kevin Buttery, represent OCWEN LOAN SERVICING, LLC in this matter.

2. On 2/9/2018, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: Objection to Confirmation of Debtor's Chapter 13 Plan.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

2/9/2018

        Robertson, Anschutz & Schneid, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone Number 561-241-6901

        By: /s/Kevin Buttery
        Kevin Buttery, Esquire
        NJ Bar Number  KB-3800
        Email: kbuttery@rascrane.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert L. Sweeney<br>Robert L. Sweeney, Esq.<br>141 Main Street, 2nd Floor<br>Hackensack, NJ 07601 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Louise A. Gaita<br>10 Mountain Ave<br>Woodland Park, NJ 07424-3330 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>30 Two Bridges Rd., Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Standing Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>Office of the U.S. Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |