| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br><br>Order Filed on March 16, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
| IN RE:<br><br>  LOUISE A. GAITA | Case No.:  17-30299SLM<br><br>Hearing Date:  3/14/2018<br><br>Judge:  STACEY L. MEISEL |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: March 16, 2018**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.:   17-30299SLM

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 03/14/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must convert case to Chapter 7 or Chapter 11 by 3/28/18 or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor and debtor's attorney.