UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on May 16, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

Louise A. Gaita

| | |
|---|---|
| Case No.: | 17-30299-SLM |
| Chapter: | 11 |
| Judge: | Stacey L. Meisel |

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

☒  The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

❏  The debtor(s) must pay the filing fee according to the following terms:

You must pay …..                On or before this date …..

$ _____        _____ month/day/year

$ _____        _____ month/day/year

$ _____        _____ month/day/year

$ _____        _____ month/day/year

Total: $ 0.00

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

IMPORTANT: All fees must be paid by certified funds or money order. The Clerk's Office does not accept cash.

*rev.12/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Louise A. Gaita
    Debtor

Case No. 17-30299-SLM
Chapter 11

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: May 17, 2018 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2018.
db          Louise A. Gaita,    10 Mountain Ave,    Woodland Park, NJ    07424-3330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2018 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Kevin M. Buttery    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyefile@rasflaw.com
         Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
         Robert L. Sweeney    on behalf of Debtor Louise A. Gaita rsweeneylaw@aol.com, G6120@notify.cincompass.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
       TOTAL: 6