Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 17−30299−SLM
                        Chapter: 11
                        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louise A. Gaita
   10 Mountain Ave
   Woodland Park, NJ 07424−3330

Social Security No.:
   xxx−xx−7487

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

   ☑   An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 7/12/2018 in the amount of $ 233.00 has not been received by the Clerk,

   ☐   The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 7/31/18 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 7/31/18.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Stacey L. Meisel on

Date: August 7, 2018
Time: 10:00 am
Location: Courtroom 3A
   Address:   Martin Luther King, Jr . Federal Building
                  50 Walnut Street
                  3rd Floor
                  Newark, NJ 07102

Dated: July 17, 2018
JAN: pam

<u>Stacey L. Meisel</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-30299-SLM
Louise A. Gaita                                                       Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin              Page 1 of 1              Date Rcvd: Jul 17, 2018
                         Form ID: oscmlfee        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
db         Louise A. Gaita,    10 Mountain Ave,    Woodland Park, NJ   07424-3330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 17 2018 23:17:08      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
                                                                                              TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
       LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      Kevin M. Buttery    on behalf of Creditor   Ocwen Loan Servicing, LLC bkyefile@rasflaw.com
      Michael A. Artis    on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
      Rebecca Ann Solarz    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
      Robert L. Sweeney    on behalf of Debtor Louise A. Gaita rsweeneylaw@aol.com,
       G6120@notify.cincompass.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7