Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17–30299–SLM
        Chapter: 11
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Louise A. Gaita
  10 Mountain Ave
  Woodland Park, NJ 07424–3330

Social Security No.:
  xxx–xx–7487

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

    The Court having noted that:

☑     An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 10/14/2018 in the amount of $ 466.00 has not been received by the Clerk,

☐     The debtor filed a on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

    It is hereby

    ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 9/26/18 or the case will be dismissed.

    If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 9/26/18.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Stacey L. Meisel on

Date: October 9, 2018
Time: 10:00 am
Location: Courtroom 3A
Address:   Martin Luther King, Jr . Federal Building
         50 Walnut Street
         3rd Floor
         Newark, NJ 07102

Dated: September 12, 2018
JAN: pam

<u>Stacey L. Meisel</u>
United States Bankruptcy Judge