| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert L. Sweeney, Esq.<br>141 Main Street, 2nd Floor<br>Hackensack, NJ  07061<br>P (201) 488-0182<br>F (201) 488-3463<br>rsweeneylaw@aol.com<br>RS-1174 | Order Filed on October 11, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>Louise Gaita | Case No:       17-30299 ~~KG~~  (SLM)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:           Hon. Meisel |

**ORDER ~~APPROVING~~ AUTHORIZING LOAN MODIFICATION**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: October 11, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor(s):          Gaita
Case No.:           17-30299-SLM
Caption of Order:   ORDER A̶P̶P̶R̶O̶V̶I̶N̶G̶ LOAN MODIFICATION
                              Authorizing

**THIS MATTER** being opened to the court by ROBERT L. SWEENEY, ESQ., attorney for debtor(s), and for good cause shown:

**ORDERED**, that Debtor's motion for an Order approving Loan Modification is granted; a̶n̶d̶ ̶i̶t̶ ̶i̶s̶ as set forth herein; f̶u̶r̶t̶h̶e̶r̶

**ORDERED** that term of the Loan Modification as set forth in the Exhibit in support of the within Motion, be and are hereby a̶p̶p̶r̶o̶v̶e̶d̶ authorized; and it is further

**ORDERED** that the following other provisions shall apply:

1. In the event the loan modification is completed and pre-petition arrears are capitalized into the loan as modified or otherwise, Secured Creditor shall amend the arrearage portion of its proof of claim to zero or withdraw the claim within thirty (30) days of execution of the loan modification.

2. Debtor shall file amended schedules I and J within 20 days of approval of the Loan Modification.