UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert L. Sweeney, Esq.
141 Main Street, 2nd Floor
Hackensack, NJ  07061
P (201) 488-0182
F (201) 488-3463
rsweeneylaw@aol.com
RS-1174

Order Filed on October 11, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Louise Gaita

Case No.:        17-30299   (SLM)

Adv. No.:

Hearing Date:

Judge:        Hon. Meisel

**ORDER AUTHORIZING LOAN MODIFICATION**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: October 11, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor(s):        Gaita
Case No.:         17-30299-SLM
Caption of Order: ORDER ~~APPROVING~~ LOAN MODIFICATION
                        Authorizing

**THIS MATTER** being opened to the court by ROBERT L. SWEENEY, ESQ., attorney for debtor(s), and for good cause shown:

**ORDERED**, that Debtor's motion for an Order approving Loan Modification is granted; ~~and it is~~ as set forth ~~xxxxxx~~ herein; ~~further~~

**ORDERED** that term of the Loan Modification as set forth in the Exhibit in support of the within Motion, be and are hereby ~~approved~~ authorized ~~xxxxxx~~; and it is further

**ORDERED** that the following other provisions shall apply:

1. In the event the loan modification is completed and pre-petition arrears are capitalized into the loan as modified or otherwise, Secured Creditor shall amend the arrearage portion of its proof of claim to zero or withdraw the claim within thirty (30) days of execution of the loan modification.

2. Debtor shall file amended schedules I and J within 20 days of approval of the Loan Modification.

United States Bankruptcy Court
District of New Jersey

In re:  
Louise A. Gaita  
    Debtor

Case No. 17-30299-SLM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 12, 2018  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2018.  
db         Louise A. Gaita,    10 Mountain Ave,    Woodland Park, NJ    07424-3330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2018 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John R. Morton, Jr.     on behalf of Creditor     CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Kevin M. Buttery     on behalf of Creditor     Ocwen Loan Servicing, LLC bkyefile@rasflaw.com  
         Michael A. Artis     on behalf of U.S. Trustee     U.S. Trustee michael.a.artis@usdoj.gov  
         Rebecca Ann Solarz     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
         Robert L. Sweeney     on behalf of Debtor Louise A. Gaita rsweeneylaw@aol.com, G6120@notify.cincompass.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                   TOTAL: 7