# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Louise A. Gaita

Case No.: 17-30299

Hearing Date: December 11, 2018

Chapter: 11

Judge: Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Stacey L. Meisel, United States Bankruptcy Judge.

**Reason for Hearing:** Chapter 11 Status Conference

**Location of Hearing:** Courtroom No. 3A
US Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:** December 11, 2018 at 11:00a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: October 25, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Edith Valentin
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 25, 2018 this notice was served on the following: Debtor, Counsel for Debtor, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Edith Valentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Louise A. Gaita  
    Debtor

Case No. 17-30299-SLM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 25, 2018  
                      Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
```
db              Louise A. Gaita,    10 Mountain Ave,    Woodland Park, NJ   07424-3330
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr             +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave,
                 Suite 100,   Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Kevin M. Buttery    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyefile@rasflaw.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              Robert L. Sweeney    on behalf of Debtor Louise A. Gaita rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```