UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Robert L. Sweeney, Esq.
141 Main Street, 2nd Floor
Hackensack, NJ  07061
P (201) 488-0182
F (201) 488-3463
rsweeneylaw@aol.com
RS-1174

Order Filed on December 28, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| | |
|---|---|
| In Re: | Case No:  17-30299 ~~RG~~ (SLM) |
| Louise Gaita | Adv. No.: |
| | Hearing Date: |
| | Judge: Hon. Meisel |

**ORDER ~~APPROVING~~ AUTHORIZING LOAN MODIFICATION**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: December 28, 2018**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor(s):        Gaita
Case No.:         17-30299-SLM
Caption of Order: ORDER ~~APPROVING~~ AUTHORIZING LOAN MODIFICATION

**THIS MATTER** being opened to the court by ROBERT L. SWEENEY, ESQ., attorney for debtor(s), and for good cause shown:

**ORDERED**, that Debtor's motion for an Order ~~approving~~ authorizing Loan Modification is granted; and it is further

**ORDERED** that term of the Loan Modification as set forth in the Exhibit in support of the within Motion, be and are hereby approved; and it is further

**ORDERED** that the following other provisions shall apply:

1. In the event the loan modification is completed and pre-petition arrears are capitalized into the loan as modified or otherwise, Secured Creditor shall amend the arrearage portion of its proof of claim to zero or withdraw the claim within thirty (30) days of execution of the loan modification.

2. Debtor shall file amended schedules I and J within 20 days of ~~approval~~ authorization of the Loan Modification.