| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Robert L. Sweeney, Esq.<br>141 Main Street, 2nd Floor<br>Hackensack, NJ  07061<br>P (201) 488-0182<br>F (201) 488-3463<br>rsweeneylaw@aol.com<br>RS-1174 | Order Filed on December 28, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| In Re:<br><br>Louise Gaita | Case No.:    17-30299  (SLM)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:    Hon. Meisel |

**ORDER AUTHORIZING LOAN MODIFICATION**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: December 28, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)
Debtor(s):         Gaita
Case No.:          17-30299-SLM
Caption of Order:  ORDER AUTHORIZING LOAN MODIFICATION

**THIS MATTER** being opened to the court by ROBERT L. SWEENEY, ESQ., attorney for debtor(s), and for good cause shown:

**ORDERED**, that Debtor's motion for an Order authorizing Loan Modification is granted; and it is further

**ORDERED** that term of the Loan Modification as set forth in the Exhibit in support of the within Motion, be and are hereby approved; and it is further

**ORDERED** that the following other provisions shall apply:

1. In the event the loan modification is completed and pre-petition arrears are capitalized into the loan as modified or otherwise, Secured Creditor shall amend the arrearage portion of its proof of claim to zero or withdraw the claim within thirty (30) days of execution of the loan modification.

2. Debtor shall file amended schedules I and J within 20 days of authorization of the Loan Modification.

United States Bankruptcy Court
District of New Jersey

In re:  
Louise A. Gaita  
    Debtor

Case No. 17-30299-SLM  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 28, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2018.  
db          Louise A. Gaita,    10 Mountain Ave,    Woodland Park, NJ    07424-3330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2018 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Kevin M. Buttery    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyefile@rasflaw.com  
       Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
       Phillip Andrew Raymond    on behalf of Creditor    Bayview Loan Servicing, LLC phillip.raymond@mccalla.com  
       Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
       Robert L. Sweeney    on behalf of Debtor Louise A. Gaita rsweeneylaw@aol.com, G6120@notify.cincompass.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                 TOTAL: 8