Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−30299−SLM
Chapter: 11
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louise A. Gaita
   10 Mountain Ave
   Woodland Park, NJ 07424−3330

Social Security No.:
   xxx−xx−7487

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/30/19 at 11:00 AM

to consider and act upon the following:

**65** − Motion to Convert Case from Chapter 11 to Chapter 7. Fee Amount EXWMPT, or in the alternative Motion to dismiss case for other reasons re: failure to file monthly operating reports and and reporting requirements Filed by Michael A. Artis on behalf of U.S. Trustee. Hearing scheduled for 1/8/2019 at 11:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification in Support of Motion # 2 Exhibit A to Certification # 3 Memorandum of Law # 4 Proposed Order Converting Case # 5 Proposed Order Dismissing Case # 6 Certificate of Service) (Artis, Michael) Modified TEXT on 12/10/2018 (pam).

Dated: 1/11/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court