Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−30299−SLM
        Chapter: 11
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louise A. Gaita
   10 Mountain Ave
   Woodland Park, NJ 07424−3330

Social Security No.:
   xxx−xx−7487

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/30/19 at 11:00 AM

to consider and act upon the following:

*61* − Chapter 11 Status Conference. The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee.Status Conference Hearing scheduled for 12/11/2018 at 11:00 AM at SLM − Courtroom 3A, Newark. (env)

Dated: 1/11/19

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court