UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. Sweeney, Esq.  RS-1174
141 Main Street 2nd Floor
Hackensack, NJ 07601
P 201-488-0182

In Re:

    Louise Gaita

Case No.:	____17-30299_____

Adv. Pro. No.: _____

Chapter:	_11_____

Hearing Date: ____1-30-2019_____

Judge:	_____Hon. Meisel__

## ADJOURNMENT REQUEST

1. I, _____Robert L. Sweeney____,

   ☒   am the attorney for:

   _____debtor_____,

   ☐   am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __Status Conference and motion for dismissal
   _____

   Current hearing date and time: _____1-30-2019_____

   New date requested: _____2-5-2019_____

   Reason for adjournment request: ____Debtor is considering converting case to Ch 7 and counsel has been unable to reach debtor.   US trustee consented to and joins in this  request for short adjournment
   _____
   _____

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: __1-28-2019_____         __/s/ Robert L. Sweeney_____
                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: _02/05/19 at 11:00 A.M._        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*