Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17−30299−SLM
                Chapter: 11
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Louise A. Gaita
    10 Mountain Ave
    Woodland Park, NJ 07424−3330

Social Security No.:
    xxx−xx−7487

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

    An application/motion to convert the above−captioned case from Chapter 11 to Chapter 7, has been filed by Robert L. Sweeney on behalf of Louise A. Gaita.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion n/a before the Honorable Stacey L. Meisel on:

Date:                February 19, 2019
Time:                11:00 AM
Location:         Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Dated: January 31, 2019
JAN:

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-30299-SLM
Louise A. Gaita                                                        Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 31, 2019
                              Form ID: 169             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2019.
db             Louise A. Gaita,    10 Mountain Ave,    Woodland Park, NJ 07424-3330
cr            +CAB East LLC, serviced by Ford Motor Credit Compan,     P.O. Box 62180,
               Colorado Springs, CO 80962-2180
cr            +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave,
               Suite 100,   Boca Raton, FL 33487-2853
517173934      American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517542406      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
517108002     +Bayview Loan Servicing,    c/o KML Law Group,    430 Mountain Ave Ste 200,
               New Providence, NJ 07974-2731
517108003      Best Buy Credit Services,    PO Box 78009,    Phoenix, AZ 85062-8009
517108004      Chase Amazon,    Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
517113294    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company, LLC,     Dept 55953 P.O. Box 55000,
               Detroit, MI 48255-0953)
517108008      PNC Bank,    PO Box 856177,   Louisville, KY 40285-6177
517324390     +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Feb 01 2019 00:08:12     Dist Dir of IRS,
               Insolvency Function,    PO Box 724,   Springfield, NJ 07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 01 2019 00:09:05     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 01 2019 00:09:00     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517861424     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 01 2019 00:09:30
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
               4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
517861423     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 01 2019 00:09:30
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146-1837
517108005      E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:05:47     JC Penny Synchrony,
               PO Box 960061,   Orlando, FL 32896-0061
517325720      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 01 2019 00:06:10
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517330195      E-mail/Text: camanagement@mtb.com Feb 01 2019 00:08:33     M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
517108006      Fax: 407-737-5634 Feb 01 2019 00:34:26     Ocwen Loan Servicing LLC,
               1661 Worthington Rd Ste 100,    West Palm Beach, FL 33409-6493
517108007      E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:06:25     PC Richards/Synchrony Bank,
               PO Box 960061,   Orlando, FL 32896-0061
517284744      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 01 2019 00:06:03
               Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,   POB 41067,    Norfolk VA 23541
517322753      E-mail/Text: bnc-quantum@quantum3group.com Feb 01 2019 00:08:48
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
517110564     +E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:05:48     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517108009      E-mail/PDF: gecsedi@recoverycorp.com Feb 01 2019 00:06:23     Synchrony Bank Amazon,
               PO Box 960013,   Orlando, FL 32896-0013
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517299372*     American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517543940*    +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517331457*    +Ocwen Loan Servicing, LLC,    1661 Worthington Road,,   Suite 100,,    West Palm Beach,,
               FL 33409-6493
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jan 31, 2019
                              Form ID: 169             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kevin M. Buttery    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyefile@rasflaw.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Phillip Andrew Raymond    on behalf of Creditor    Bayview Loan Servicing, LLC
           phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          Robert L. Sweeney    on behalf of Debtor Louise A. Gaita rsweeneylaw@aol.com,
           G6120@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```