UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Michael A. Artis, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-mail: Michael.A.Artis@usdoj.gov

Order Filed on February 6, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Louise A. Gaita,

Debtor.

Case No.: 17-30299 (SLM)

Chapter 11

Hearing Date: ~~January 8, 2019~~ February 5, 2019 at 11:00 a.m.

Judge: The Honorable Stacey L. Meisel

# ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: February 6, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Louise A. Gaita

Chapter 11 Case No.: 17-30299 (SLM)

**Order Converting Case to Chapter 7**

---

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the debtor and his counsel, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned case, Louise A. Gaita, Case No. 17-30299 (SLM), is converted to a case under Chapter 7.