| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Michael A. Artis, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-mail: Michael.A.Artis@usdoj.gov | **Order Filed on February 6, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey** |
| In Re:<br><br>Louise A. Gaita,<br><br>Debtor. | Case No.: 17-30299 (SLM)<br><br>Chapter 11<br><br>Hearing Date: ~~January 8, 2019~~ February 5, 2019 at 11:00 a.m.<br><br>Judge: The Honorable Stacey L. Meisel |

## ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: February 6, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Louise A. Gaita

Chapter 11 Case No.: 17-30299 (SLM)

**Order Converting Case to Chapter 7**

_____

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the debtor and his counsel, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned case, Louise A. Gaita, Case No. 17-30299 (SLM), is converted to a case under Chapter 7.

United States Bankruptcy Court
District of New Jersey

In re:  
Louise A. Gaita  
    Debtor

Case No. 17-30299-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 06, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2019.  
db         Louise A. Gaita,    10 Mountain Ave,    Woodland Park, NJ   07424-3330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2019 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John R. Morton, Jr.     on behalf of Creditor     CAB East LLC, serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Kevin M. Buttery     on behalf of Creditor     Ocwen Loan Servicing, LLC bkyefile@rasflaw.com  
         Michael A. Artis     on behalf of U.S. Trustee     U.S. Trustee michael.a.artis@usdoj.gov  
         Phillip Andrew Raymond     on behalf of Creditor     Bayview Loan Servicing, LLC phillip.raymond@mccalla.com  
         Rebecca Ann Solarz     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
         Robert L. Sweeney     on behalf of Debtor Louise A. Gaita rsweeneylaw@aol.com, G6120@notify.cincompass.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                              TOTAL: 8