**Information to identify the case:**

| | | |
|---|---|---|
| **Debtor 1:** | Louise A. Gaita<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–7487<br>EIN: __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: 13   10/5/17 |
| Case number: | 17–30299–SLM | Date case converted to chapter: 7   2/6/19 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Louise A. Gaita | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 10 Mountain Ave<br>Woodland Park, NJ 07424–3330 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert L. Sweeney<br>Robert L. Sweeney, Esq.<br>141 Main Street, 2nd Floor<br>Hackensack, NJ 07601 | Contact phone (201) 488–0182 |
| 5. | **Bankruptcy trustee**<br>Name and address | Nancy Isaacson<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Ave<br>Suite 301<br>Roseland, NJ 07068–3701 | Contact phone (973) 535–1600 |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building 50 Walnut Street Newark, NJ 07102 Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) Contact phone 973–645–4764 Date: 2/11/19 |
|---|---|---|---|
| 7. | **Meeting of creditors** **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **March 11, 2019 at 09:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 5/10/19** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

```
United States Bankruptcy Court
        District of New Jersey
```

In re:                                                              Case No. 17-30299-SLM
Louise A. Gaita                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Feb 11, 2019
                              Form ID: 309A        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2019.
```
db             Louise A. Gaita,    10 Mountain Ave,    Woodland Park, NJ 07424-3330
517108002     +Bayview Loan Servicing,    c/o KML Law Group,    430 Mountain Ave Ste 200,
               New Providence, NJ 07974-2731
517108003      Best Buy Credit Services,    PO Box 78009,    Phoenix, AZ 85062-8009
517108004      Chase Amazon,    Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
517108008      PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
517324390     +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: rsweeneylaw@aol.com Feb 12 2019 00:37:34     Robert L. Sweeney,
               Robert L. Sweeney, Esq.,    141 Main Street, 2nd Floor,    Hackensack, NJ 07601
tr            +EDI: BNISAACSON.COM Feb 12 2019 05:13:00      Nancy Isaacson,
               Greenbaum, Rowe, Smith & Davis LLP,    75 Livingston Ave,    Suite 301,
               Roseland, NJ 07068-3788
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 12 2019 00:38:45     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 12 2019 00:38:42     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517173934      EDI: BECKLEE.COM Feb 12 2019 05:13:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
517542406      EDI: BECKLEE.COM Feb 12 2019 05:13:00      American Express National Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517861424     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 12 2019 00:39:08
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
               4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
517861423     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 12 2019 00:39:08
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, Florida 33146-1837
517113294      EDI: FORD.COM Feb 12 2019 05:13:00      Ford Motor Credit Company, LLC,
               Dept 55953 P.O. Box 55000,    Detroit, MI 48255-0953
517543940     +EDI: IRS.COM Feb 12 2019 05:13:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
517108005      EDI: RMSC.COM Feb 12 2019 05:13:00      JC Penny Synchrony,    PO Box 960061,
               Orlando, FL 32896-0061
517325720      EDI: RESURGENT.COM Feb 12 2019 05:13:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
517330195      E-mail/Text: camanagement@mtb.com Feb 12 2019 00:38:20     M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240-0840
517108006      Fax: 407-737-5634 Feb 12 2019 01:01:58     Ocwen Loan Servicing LLC,
               1661 Worthington Rd Ste 100,    West Palm Beach, FL 33409-6493
517108007      EDI: RMSC.COM Feb 12 2019 05:13:00      PC Richards/Synchrony Bank,    PO Box 960061,
               Orlando, FL 32896-0061
517284744      EDI: PRA.COM Feb 12 2019 05:13:00      Portfolio Recovery Associates, LLC,   c/o Best Buy Visa,
               POB 41067,   Norfolk VA 23541
517322753      EDI: Q3G.COM Feb 12 2019 05:13:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,   Kirkland, WA 98083-0788
517110564     +EDI: RMSC.COM Feb 12 2019 05:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517108009      EDI: RMSC.COM Feb 12 2019 05:13:00      Synchrony Bank Amazon,    PO Box 960013,
               Orlando, FL 32896-0013
                                                                                               TOTAL: 19
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
517299372*      American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517331457*     +Ocwen Loan Servicing, LLC,    1661 Worthington Road,,    Suite 100,,    West Palm Beach,,
                 FL 33409-6493
                                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Feb 11, 2019
                              Form ID: 309A              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin M. Buttery    on behalf of Creditor    Ocwen Loan Servicing, LLC bkyefile@rasflaw.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
              Phillip Andrew Raymond    on behalf of Creditor    Bayview Loan Servicing, LLC
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              Robert L. Sweeney    on behalf of Debtor Louise A. Gaita rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 9
```