Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                  Case No.:  17−30299−SLM
                  Chapter:  7
                  Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louise A. Gaita
   10 Mountain Ave
   Woodland Park, NJ 07424−3330

Social Security No.:
   xxx−xx−7487

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/23/19 at 10:00 AM

to consider and act upon the following:

*87* − Motion for Relief from Stay re: 75 MAPLE AVENUE, WEST PATERSON, NEW JERSEY 07424. Fee Amount $ 181. Filed by Jill Manzo on behalf of BAYVIEW LOAN SERVICING, LLC. Hearing scheduled for 7/2/2019 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Statement as to Why No Brief is Necessary # 7 Proposed Order # 8 Certificate of Service) (Manzo, Jill)

Dated: 7/8/19

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court