Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–30299–SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Louise A. Gaita
    10 Mountain Ave
    Woodland Park, NJ 07424–3330

Social Security No.:
    xxx–xx–7487

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/29/19 at 10:00 AM

to consider and act upon the following:

*87* – Motion for Relief from Stay re: 75 MAPLE AVENUE, WEST PATERSON, NEW JERSEY 07424. Fee
Amount $ 181. Filed by Jill Manzo on behalf of BAYVIEW LOAN SERVICING, LLC. Hearing scheduled for
7/2/2019 at 10:00 AM at SLM – Courtroom 3A, Newark. (Attachments: # 1 Certification # 2 Exhibit A # 3 Exhibit
B # 4 Exhibit C # 5 Exhibit D # 6 Statement as to Why No Brief is Necessary # 7 Proposed Order # 8 Certificate of
Service) (Manzo, Jill)

Dated: 7/18/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 17-30299-SLM
Louise A. Gaita                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1           Date Rcvd: Jul 18, 2019
                               Form ID: ntchrgbk         Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
db              Louise A. Gaita,   10 Mountain Ave,   Woodland Park, NJ  07424-3330
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,   P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr             +Ocwen Loan Servicing, LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave,
                 Suite 100,   Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jill Manzo    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Ford Motor Credit Company
           LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Kevin M. Buttery    on behalf of Creditor   Ocwen Loan Servicing, LLC bkyefile@rasflaw.com
          Michael A. Artis    on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
          Nancy Isaacson    nisaacson@greenbaumlaw.com,   isaacson@remote7solutions.com;J101@ecfcbis.com
          Phillip Andrew Raymond    on behalf of Creditor   Bayview Loan Servicing, LLC
           phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          Robert L. Sweeney    on behalf of Debtor Louise A. Gaita rsweeneylaw@aol.com,
           G6120@notify.cincompass.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 10