Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−30299−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Louise A. Gaita
   10 Mountain Ave
   Woodland Park, NJ 07424−3330

Social Security No.:
   xxx−xx−7487

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/31/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 31, 2020
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-30299-SLM
Louise A. Gaita                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Mar 31, 2020
                              Form ID: 148             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
```
db              Louise A. Gaita,    10 Mountain Ave,    Woodland Park, NJ 07424-3330
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr             +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave,
                 Suite 100,    Boca Raton, FL 33487-2853
cr             +PHH MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517108002      +Bayview Loan Servicing,    c/o KML Law Group,    430 Mountain Ave Ste 200,
                 New Providence, NJ 07974-2731
517108003       Best Buy Credit Services,    PO Box 78009,    Phoenix, AZ 85062-8009
517108004       Chase Amazon,    Cardmember Service,    PO Box 1423,    Charlotte, NC 28201-1423
517108008       PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
517324390      +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 01 2020 02:44:34       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 01 2020 02:44:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517173934       EDI: BECKLEE.COM Apr 01 2020 06:13:00       American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517542406       EDI: BECKLEE.COM Apr 01 2020 06:13:00       American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517861424      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 01 2020 02:45:00
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
517861423      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 01 2020 02:45:00
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1873
517113294       EDI: FORD.COM Apr 01 2020 06:13:00       Ford Motor Credit Company, LLC,
                 Dept 55953 P.O. Box 55000,    Detroit, MI 48255-0953
517543940      +EDI: IRS.COM Apr 01 2020 06:13:00       Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517108005       EDI: RMSC.COM Apr 01 2020 06:13:00       JC Penny Synchrony,    PO Box 960061,
                 Orlando, FL 32896-0061
517325720       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2020 02:49:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517330195       E-mail/Text: camanagement@mtb.com Apr 01 2020 02:44:07       M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
517108006       Fax: 407-737-5634 Apr 01 2020 02:56:15       Ocwen Loan Servicing LLC,
                 1661 Worthington Rd Ste 100,    West Palm Beach, FL 33409-6493
517108007       EDI: RMSC.COM Apr 01 2020 06:13:00       PC Richards/Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
517284744       EDI: PRA.COM Apr 01 2020 06:13:00       Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,
                 POB 41067,    Norfolk VA 23541
517322753       EDI: Q3G.COM Apr 01 2020 06:13:00       Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517110564      +EDI: RMSC.COM Apr 01 2020 06:13:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517108009       EDI: RMSC.COM Apr 01 2020 06:13:00       Synchrony Bank Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
518190028      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 01 2020 02:44:30      United States Trustee,
                 One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                               TOTAL: 18
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517299372*      American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517331457*     +Ocwen Loan Servicing, LLC,    1661 Worthington Road,,    Suite 100,,    West Palm Beach,,
                 FL 33409-6493
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2            User: admin                  Page 2 of 2                  Date Rcvd: Mar 31, 2020
                                Form ID: 148                 Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
              Aleisha Candace Jennings     on behalf of Creditor    PHH MORTGAGE CORPORATION ajennings@rasflaw.com
              Denise E. Carlon     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jill  Manzo     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              John R. Morton, Jr.     on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin M. Buttery     on behalf of Creditor    Ocwen Loan Servicing, LLC bkyefile@rasflaw.com
              Michael A. Artis     on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Nancy  Isaacson     nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
              Phillip Andrew Raymond     on behalf of Creditor    Bayview Loan Servicing, LLC
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              Robert L. Sweeney     on behalf of Debtor Louise A. Gaita rsweeneylaw@aol.com,
               G6120@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```