| | |
|---|---|
| UNTIED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NANCY ISAACSON, ESQ. (NI/1325)<br>GREENBAUM ROWE SMITH & DAVIS LLP<br>75 LIVINGSTON AVE.<br>ROSELAND, NJ 07068<br>(973) 535-1600<br>Attorneys for Nancy Isaacson, Chapter 7 Trustee | Order Filed on March 31, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>GAITA, LOUISE A.<br><br><br>Debtor | Case No.:<br>Hearing Date:<br>Judge:<br>Chapter: | 17-30299<br>3/31/20<br>SLM<br>7 |

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

## ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: March 31, 2020**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of _____Nancy Isaacson_____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-30299-SLM
Louise A. Gaita                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 1            Date Rcvd: Mar 31, 2020
                                Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.
db            Louise A. Gaita,    10 Mountain Ave,    Woodland Park, NJ   07424-3330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
      Aleisha Candace Jennings     on behalf of Creditor    PHH MORTGAGE CORPORATION ajennings@rasflaw.com
      Denise E. Carlon     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Jill  Manzo     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
      John R. Morton, Jr.     on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
       LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
      Kevin M. Buttery     on behalf of Creditor    Ocwen Loan Servicing, LLC bkyefile@rasflaw.com
      Michael A. Artis     on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
      Nancy Isaacson     nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com
      Phillip Andrew Raymond     on behalf of Creditor    Bayview Loan Servicing, LLC
       phillip.raymond@mccalla.com
      Rebecca Ann Solarz     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
      Robert L. Sweeney     on behalf of Debtor Louise A. Gaita rsweeneylaw@aol.com,
       G6120@notify.cincompass.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 11